Maureen Gaughan
Bankruptcy Trustee
PO Box 6729
Chandler, Arizona 85246

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Thompson, Carter Lee | § | Case No. 09-17798-PHX GBN |
| Thompson, Cheri Lynn | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Maureen Gaughan, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $           (see **Exhibit 2**), yielded net receipts of $           from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter    on              . The case was pending for    months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/Maureen Gaughan_____
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| | | |
| **TOTAL GROSS RECEIPTS** | | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Carter Lee Thompson | | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AMERICAS SERVICING CO 7485 NEW HORIZON WAY FREDERICK, MD 21703 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | DT CREDIT CO PO BOX 29018 PHOENIX, AZ 85038 | | | | | |
| **TOTAL SECURED CLAIMS** | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MAUREEN GAUGHAN | | | | | |
| MAUREEN GAUGHAN | | | | | |
| Bank of America | | | | | |
| Bank of America | | | | | |
| Bank of America | | | | | |
| Bank of America | | | | | |
| Bank of America | | | | | |
| U.S. BANKRUPTCY COURT | | | | | |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AFNI, INC. (original creditor:QWEST PO BOX 3427 BLOOMINGTON, IL 61702 | | | | | |
| | ALLTEL COMMUNICATIONS 1 ALLIED DR BLDG 5 LITTLE ROCK, AR 72202 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ALLTEL COMMUNICATIONS 1 ALLIED DR BLDG 5 LITTLE ROCK, AR 72202 | | | | | |
| | AMERICAN HONDA FINANCE 6261 KATELLA AVE STE 1A CYPRESS, CA 90630 | | | | | |
| | CATHERINE/TAPE REPORT 1103 ALLEN DR MILFORD, OH 45150 | | | | | |
| | CREDIT CONTROL CORP (original credi 11821 ROCK LANDING DR NEWPORT NEWS, VA 23606 | | | | | |
| | GEMB/BOMBARDIER PO BOX 981349 EL PASO, TX 79998 | | | | | |
| | GEMB/FINANCING PO BOX 981439 EL PASO, TX 79998 | | | | | |
| | HFC PO BOX 1547 CHESAPEAKE, VA 23327 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | HSBC BANK PO BOX 5253 CAROL STREAM, IL 60197 | | | | | |
| | HSBC BANK PO BOX 5253 CAROL STREAM, IL 60197 | | | | | |
| | LTD FINANCIAL SERVICES (orig. SAMS CLUB) 7322 SOUTHWEST FREEWAY, SUITE 1600 HOUSTON, TX 77074 | | | | | |
| | PROSPER MARKETPLACE IN 111 SUTTER ST FL 22 SAN FRANCISCO, CA 94104 | | | | | |
| | THD/CBSD PO BOX 6497 SIOUX FALLS, SD 57117 | | | | | |
| | THE DING KING TRAINING INSTITUTE, INC. ORANGE COUNTY, CA | | | | | |
| | WA MU P.O. BOX 660433 DALLAS, TX 75266-0433 | | | | | |
| | WELLS FARGO PO BOX 5445 PORTLAND, OR 97208 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | WELLS FARGO PO BOX 5445 PORTLAND, OR 97208 | | | | | |
| | WESTERN ARIZ REG MED CTR PO BOX 847173 DALLAS, TX 75284 | | | | | |
| | WFFNATLBNK PO BOX 94498 LAS VEGAS, NV 89193 | | | | | |
| 000002 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000003 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000006 | CHASE BANK USA,N.A | | | | | |
| 000005 | GE MONEY BANK | | | | | |
| 000007 | HSBC BANK NEVADA, N.A. | | | | | |
| 000008 | MCL TECHNOLOGY | | | | | |
| 000001 | ROUNDUP FUNDING, LLC | | | | | |
| 000004 | SUNTRUST BANK | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

Case No: 09-17798-PHX GBN  Judge: GEORGE B. NIELSEN  
Case Name: Thompson, Carter Lee  
Thompson, Cheri Lynn  
For Period Ending: 03/28/12  

Trustee Name: Maureen Gaughan  
Date Filed (f) or Converted (c): 07/29/09 (f)  
341(a) Meeting Date: 09/03/09  
Claims Bar Date: 10/13/10  

| 1<br>Asset Description<br>(Scheduled and Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=554(a) Abandon<br>DA=554(c) Abandon | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| 1. Homestead 2909 W. Potter Dr. Phoenix, AZ 85027 | 129,000.00 | 0.00 | DA | 0.00 | FA |
| 2. Bank of America Checking Account | 65.00 | 65.00 | DA | 0.00 | FA |
| 3. Bank of America Savings Account | 0.00 | 0.00 | DA | 0.00 | FA |
| 4. Household good and furnishings | 1,000.00 | 1,000.00 | DA | 0.00 | FA |
| 5. Wearing apparel | 200.00 | 200.00 | DA | 0.00 | FA |
| 6. 2000 Mercury Cougar 124000 miles | 1,000.00 | 1,000.00 | DA | 0.00 | FA |
| 7. 2005 Ford Taurus | 6,500.00 | 6,500.00 | DA | 0.00 | FA |
| 8. TAX REFUND (u) | 0.00 | 0.00 | | 2,311.11 | FA |
| 9. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.69 | FA |
| 10. WAGES (u) | 0.00 | 0.00 | | 269.10 | FA |

TOTALS (Excluding Unknown Values)  $137,765.00   $8,765.00   $2,580.90   Gross Value of Remaining Assets $0.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 09/03/12    Current Projected Date of Final Report (TFR): 09/03/12

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 09-17798-PHX -GBN | Trustee Name: | Maureen Gaughan |
|---|---|---|---|
| Case Name: | Thompson, Carter Lee | Bank Name: | Bank of Kansas City |
| | Thompson, Cheri Lynn | Account Number / CD #: | *******0537  Checking Account |
| Taxpayer ID No: | *******4995 | | |
| For Period Ending: | 10/17/12 | Blanket Bond (per case limit): | $ 53,117,548.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/11/12 | | Trsf In From Bank of America | INITIAL WIRE TRANSFER IN | 9999-000 | 1,478.85 | | 1,478.85 |
| 06/12/12 | 001001 | Maureen Gaughan<br>PO Box 6729<br>Chandler, AZ  85246-6729 | Chapter 7 Compensation/Fees | 2100-000 | | 378.32 | 1,100.53 |
| 06/12/12 | 001002 | Maureen Gaughan<br>PO Box 6729<br>Chandler, AZ  85246-6729 | Chapter 7 Expenses | 2200-000 | | 122.49 | 978.04 |
| 06/12/12 | 001003 | Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | Claim 000001, Payment 2.38316% | 7100-000 | | 120.74 | 857.30 |
| 06/12/12 | 001004 | American Infosource Lp As Agent for Target<br>PO Box 248866<br>Oklahoma City, OK 73124-8866 | Claim 000002, Payment 2.38267% | 7100-000 | | 24.43 | 832.87 |
| 06/12/12 | 001005 | American Infosource Lp As Agent for Target<br>PO Box 248866<br>Oklahoma City, OK 73124-8866 | Claim 000003, Payment 2.38314% | 7100-000 | | 130.49 | 702.38 |
| 06/12/12 | 001006 | SunTrust Bank<br>Attn: Support Services<br>POB 85092<br>Richmond, VA 23286 | Claim 000004, Payment 2.38313% | 7100-000 | | 493.29 | 209.09 |
| 06/12/12 | 001007 | GE Money Bank<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Claim 000005, Payment 2.38323% | 7100-000 | | 77.52 | 131.57 |
| 06/12/12 | 001008 | Chase Bank USA,N.A<br>c/o Creditors Bankruptcy Service | Claim 000006, Payment 2.38308% | 7100-000 | | 13.60 | 117.97 |

Page Subtotals     1,478.85     1,360.88

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 09-17798-PHX -GBN | Trustee Name: | Maureen Gaughan |
|---|---|---|---|
| Case Name: | Thompson, Carter Lee | Bank Name: | Bank of Kansas City |
| | Thompson, Cheri Lynn | Account Number / CD #: | *******0537 Checking Account |
| Taxpayer ID No: | *******4995 | | |
| For Period Ending: | 10/17/12 | Blanket Bond (per case limit): | $ 53,117,548.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/12/12 | 001009 | P O Box 740933<br>Dallas,Tx 75374<br>HSBC Bank Nevada, N.A. | Claim 000007, Payment 2.38302% | 7100-000 | | 109.52 | 8.45 |
| 06/12/12 | 001010 | Bass & Associates, P.C.<br>3936 E. Ft. Lowell Rd., Suite #200<br>Tucson, AZ 85712<br>Mcl TECHNOLOGY<br>190 E. CORPORATE PLACE, SUITE #5<br>CHANDLER, AZ 85225 | Claim 000008, Payment 2.38243% | 7100-000 | | 8.45 | 0.00 |

|   |   |   |
|---|---|---|
| COLUMN TOTALS | 1,478.85 | 1,478.85 | 0.00 |
| Less: Bank Transfers/CD's | 1,478.85 | 0.00 | |
| Subtotal | 0.00 | 1,478.85 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 1,478.85 | |

Page Subtotals   0.00   117.97

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 09-17798-PHX -GBN | | Trustee Name: | Maureen Gaughan |
|---|---|---|---|---|
| Case Name: | Thompson, Carter Lee | | Bank Name: | Bank of America |
| | Thompson, Cheri Lynn | | Account Number / CD #: | *******4100 Money Market - Interest Bearing |
| Taxpayer ID No: | *******4995 | | | |
| For Period Ending: | 10/17/12 | | Blanket Bond (per case limit): | $ 53,117,548.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/30/10 | 8, 10 | UNITED STATES TREASURY | TAX REFUND | 1224-000 | 2,281.21 | | 2,281.21 |
| 06/30/10 | 8 | STATE OF ARIZONA | TAX REFUND | 1224-000 | 299.00 | | 2,580.21 |
| 07/20/10 | 000101 | Clerk, U.S. BANKRUPTCY COURT 230 N. First Ave PHOENIX ARIZONA 85003 | COURT FILING FEES | 2700-000 | | 260.00 | 2,320.21 |
| 07/30/10 | 9 | Bank of America | Interest Rate 0.030 | 1270-000 | 0.06 | | 2,320.27 |
| 08/31/10 | 9 | Bank of America | Interest Rate 0.030 | 1270-000 | 0.06 | | 2,320.33 |
| 09/30/10 | 9 | Bank of America | Interest Rate 0.030 | 1270-000 | 0.06 | | 2,320.39 |
| 10/29/10 | 9 | Bank of America | Interest Rate 0.030 | 1270-000 | 0.06 | | 2,320.45 |
| 11/30/10 | 9 | Bank of America | Interest Rate 0.030 | 1270-000 | 0.06 | | 2,320.51 |
| 12/31/10 | 9 | Bank of America | Interest Rate 0.030 | 1270-000 | 0.06 | | 2,320.57 |
| 01/31/11 | 9 | Bank of America | Interest Rate 0.030 | 1270-000 | 0.06 | | 2,320.63 |
| 02/28/11 | 9 | Bank of America | Interest Rate 0.010 | 1270-000 | 0.02 | | 2,320.65 |
| 03/31/11 | 9 | Bank of America | Interest Rate 0.010 | 1270-000 | 0.02 | | 2,320.67 |
| 04/29/11 | 9 | Bank of America | Interest Rate 0.010 | 1270-000 | 0.02 | | 2,320.69 |
| 05/31/11 | 9 | Bank of America | Interest Rate 0.010 | 1270-000 | 0.02 | | 2,320.71 |
| 06/30/11 | 9 | Bank of America | Interest Rate 0.010 | 1270-000 | 0.02 | | 2,320.73 |
| 07/29/11 | 9 | Bank of America | Interest Rate 0.010 | 1270-000 | 0.02 | | 2,320.75 |
| 08/31/11 | 9 | Bank of America | Interest Rate 0.010 | 1270-000 | 0.02 | | 2,320.77 |
| 09/30/11 | 9 | Bank of America | Interest Rate 0.010 | 1270-000 | 0.02 | | 2,320.79 |
| 10/31/11 | 9 | Bank of America | Interest Rate 0.010 | 1270-000 | 0.02 | | 2,320.81 |
| 10/31/11 | | Bank of America | BANK SERVICE FEE | 2600-000 | | 2.96 | 2,317.85 |
| 11/30/11 | 9 | Bank of America | Interest Rate 0.010 | 1270-000 | 0.02 | | 2,317.87 |
| 11/30/11 | | Bank of America | BANK SERVICE FEE | 2600-000 | | 2.86 | 2,315.01 |
| 12/30/11 | 9 | Bank of America | Interest Rate 0.010 | 1270-000 | 0.02 | | 2,315.03 |
| 12/30/11 | | Bank of America | BANK SERVICE FEE | 2600-000 | | 2.85 | 2,312.18 |
| 01/31/12 | 9 | Bank of America | Interest Rate 0.010 | 1270-000 | 0.02 | | 2,312.20 |
| 01/31/12 | | Bank of America | BANK SERVICE FEE | 2600-000 | | 3.03 | 2,309.17 |

Page Subtotals 2,580.87 271.70

Ver: 17.00b

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 09-17798-PHX -GBN | Trustee Name: | Maureen Gaughan |
|---|---|---|---|
| Case Name: | Thompson, Carter Lee | Bank Name: | Bank of America |
| | Thompson, Cheri Lynn | Account Number / CD #: | *******4100 Money Market - Interest Bearing |
| Taxpayer ID No: | *******4995 | | |
| For Period Ending: | 10/17/12 | Blanket Bond (per case limit): | $ 53,117,548.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/29/12 | 9 | Bank of America | Interest Rate 0.010 | 1270-000 | 0.02 | | 2,309.19 |
| 02/29/12 | | Bank of America | BANK SERVICE FEE | 2600-000 | | 2.74 | 2,306.45 |
| 03/02/12 | 000102 | Carter Lee Thompson | Non Estate Funds | 8500-000 | | 827.61 | 1,478.84 |
| | | Cheri Thompson | | | | | |
| | | 2902 W. Potter Drive | | | | | |
| | | Phoenix, AZ 85027 | | | | | |
| 03/16/12 | 9 | Bank of America | INTEREST REC'D FROM BANK | 1270-000 | 0.01 | | 1,478.85 |
| 03/16/12 | | Transfer to Acct #*******9607 | Final Posting Transfer | 9999-000 | | 1,478.85 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 2,580.90 | 2,580.90 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 1,478.85 | |
| Subtotal | 2,580.90 | 1,102.05 | |
| Less: Payments to Debtors | | 827.61 | |
| Net | 2,580.90 | 274.44 | |

Page Subtotals     0.03     2,309.20

| Case No: | 09-17798-PHX -GBN | | Trustee Name: | Maureen Gaughan |
|---|---|---|---|---|
| Case Name: | Thompson, Carter Lee | | Bank Name: | Bank of America |
| | Thompson, Cheri Lynn | | Account Number / CD #: | *******9607 Checking - Non Interest |
| Taxpayer ID No: | *******4995 | | | |
| For Period Ending: | 10/17/12 | | Blanket Bond (per case limit): | $ 53,117,548.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/16/12 | | Transfer from Acct #*******4100 | Transfer In From MMA Account | 9999-000 | 1,478.85 | | 1,478.85 |
| 05/11/12 | | Trsf To Bank of Kansas City | FINAL TRANSFER | 9999-000 | | 1,478.85 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 1,478.85 | 1,478.85 | 0.00 |
| Less: Bank Transfers/CD's | 1,478.85 | 1,478.85 | |
| Subtotal | 0.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 0.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********0537 | 0.00 | 1,478.85 | 0.00 |
| Money Market - Interest Bearing - ********4100 | 2,580.90 | 274.44 | 0.00 |
| Checking - Non Interest - ********9607 | 0.00 | 0.00 | 0.00 |
| | 2,580.90 | 1,753.29 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  1,478.85  1,478.85